Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> VF OUTLET, INC.; et. al. <br><br> Defendants. | Case No.: CV13-07009 CAS (PLAx) <br> <u>Honorable Christina A. Snyder Presiding</u> <br><br> **ORDER ON STIPULATION FOR DISMISSAL** |

1

<u>ORDER</u>

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to VF OUTLET, INC., ROSS STORES, INC., GLOBAL GOLD, INC., and GOLDEN TOUCH IMPORTS, INC.
2. All parties to this stipulation will bear their own costs and attorneys' fees incurred in connection with this action, subject to any obligations regarding defense or indemnity between or among the defendants; and
3. This action is hereby dismissed in its entirety.

<u>SO ORDERED</u>.

Date: March 10, 2014          By: _____
                                  CHRISTINA A. SNYDER
                                  U.S. DISTRICT JUDGE

2